IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

FILED
KENNETH S. GARDNER
CLERK
2017 OCT 25 AM 10: 57
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
)
Walker, Robert L. & )
Walker, Christy L. ) CHAPTER 7
) CASE NO. 16-20586-JGR
Debtor(s). )

## REPORT OF SALE

COMES NOW Schur Success Auction & Appraisal Inc., in the above captioned proceeding and states as follows:

1. On September 20, 2017, Chapter 7 Trustee, Robertson B. Cohen, ("Trustee") obtained an Order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction through the Internet with the open bidding ending October 16, 2017. At list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $1750.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on September 18, 2017.

4. The Undersigned was paid a ten percent (10 %) buyer's premium of $175.00; a five percent (5%) commission of $87.50. Expenses of $325.00 were incurred regarding this bankruptcy estate.

5. If any items consigned by the Trustee were not sold, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certifies that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

Dated this October 20, 2017.

Respectfully submitted,

Shannon Schur, President
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2017, a true and correct copy of the foregoing REPORT OF SALE was duly served by placing the same, postage pre-paid, in the United States mail, addressed as follows:

| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 | Robertson B. Cohen<br>Chapter 7 Trustee<br>1720 S Bellaire St., Ste. 205<br>Denver, CO 80222 |
|---|---|
| US Bankruptcy Court<br>721 19th Street<br>Denver, CO 80202 | |

/s/ Shannon Schur
Shannon Schur, President
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

**SCHURSUCCESS GROUP**
REAL ESTATE • AUCTION
FUNDRAISING • ASSET APPRAISAL

July 13, 2017

Attn: Rob Cohen
Cohen & Cohen PC
1720 S Bellaire St #205
Denver, CO 80222

Mr. Cohen:

In accordance with Fed. R. Bankr. P. 6004 (f)(1), this letter is your Report of Sale regarding the following auction:

| | | | |
|---|---|---|---|
| Case Number: | **16-BK-20586 JGR** | Debtor: | **R. Walker & C. Walker** |
| Date of Sale: | October 16, 2017 | Time of Sale: | 2:00 PM |
| Location of Sale: | Monument, Colorado | Method of Sale: | Online only |
| Unsold Items: | **All items from this auction were sold.** | | |

A number of enclosures are included with this letter including: A list of each lot sold, bidder number, and bid price; A list of all bidders registered for this auction; and A sample of advertising efforts.

All buyers were charged a thirteen and one-half percent (13.5%) buyer's premium for payments made via credit card, and a ten percent (10%) buyer's premium for purchases made via another method. The three and one-half percent (3.5%) difference between these percentages was retained by the auctioneer as a payment processing fee.

The total amount of funds received from is auction are detailed as follows:

| | |
|---:|---:|
| Gross Sales: | **$1,750.00** |
| Buyer's Premium: | $175.00 |
| Credit Card Processing Fees: | $0.00 |
| Sales Tax: | NOT APPLICABLE |
| Total Funds Collected: | **$1,925.00** |
| Total Funds Submitted: | **$1,925.00** |

Our Company seeks to be compensated by the Trustee for the following:

| | |
|---:|---:|
| Buyer's Premium: | $175.00 |
| Sales Commission: | $87.50 |
| Towing Charges: | $150.00 |
| Marketing: | $100.00 |
| Vehicle Storage (9 weeks): *First 30 Days - NO CHARGE* | $75.00 |
| Total Compensation Sought: | **$587.50** |

It has been our pleasure to serve you in this matter. Please do not hesitate to contact our office if you have any questions. We look forward to serving you again.

Sincerely,

Michael P. "Whit" Whitfield

Auction & Appraisal Services Manager

cc:   US Bankruptcy Court - District of Colorado
      United States Trustee (19th Region)

# Marketing Report

## R. & C. Walker - 1974 Corvette

This auction was conducted online only, with a $100 marketing budget. We created a marketing campaign utilizing email notifications to our current bidder base, push notifications to users of our native bidding app, and a social media campaign.

The social media campaign resulted in the following results:

There was a total reach of 9,732 people for the campaign. The campaign resulted in 1,253 engagements from the audience; a 12.52% result rate at a cost of 8 cents per engagement.

45 individuals registered for this auction. 5 individuals placed a total of 42 bids.





Schur Success Group
366 Second St.
Suite B
Monument, CO 80132
Phone: (719) 667-1000

Paddle #: 10006
Invoice #: 10006-76361-1
Date: 17-Oct-2017 09:21 MDT

## Buyer Information

| | |
|---|---|
| Buyer Name: | Jerry Jenkins |
| Paddle #: | 10006 |
| Phone #: | (719) 649-3281 |
| Email: | mshruman@aol.com |
| Billing: | 9853 s hwy 67<br>cripple creek, CO 80813 |

## Auction Information

| | |
|---|---|
| Auction: | 1974 Corvette Project Car |
| Date: | 10/16/2017 |
| Location: | 366 Second St.<br>Suite B<br>Monument, CO 80132 |

| Lot | Paddle | Description | Qty | Bid | Sale Price | Premium | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 10006 | 1974 Corvette Stingray Project Car - Clean Title - VIN: 1Z37T4S423460 Odometer 11960 Manual Transmission 3 original hubcaps aftermarket Alpine radio appears to have original interior (except for radio) Emergency Brake has been disconnected | 1 | $1,750.00 | $1,750.00 | $175.00 | $0.00 | $1,925.00 |
| Total Lots: 1 | | | Totals: | | $1,750.00 | $175.00 | $0.00 | $1,925.00 |

**PAID IN FULL**

| | |
|---|---|
| SubTotal: | $1,925.00 |
| Cash Total Due: | $0.00 |
| Paid Cash: | $1,925.00 |

Tax codes used: TaxExempt

10006-76361-1    PAID



# Bill of Sale

This document serves as notice that on October 16, 2017, **Jerry Jenkins** purchased the following vehicle through an online auction. Schur Success Auction & Appraisal, Inc. (dba Schur Success Group) served only as the agent for the Seller, **Robert L. Walker**. This was sold via an bankruptcy auction as requested by **Robert M. Cohen, Chapter 7 Bankruptcy Trustee**, and pursuant to court order, **US Bankruptcy Court-District of Colorado, Case #16-20586**.

## Lot #: 11

Item: 1974 Corvette Stingray       Vin #: 1Z37T4S423460

Mileage: 11960 / EXEMPT            This item sold for:  $ 1925.00

Note: Sales taxes were NOT collected. This price does NOT include any buyer's fees.

This item was sold "as-is", "where-is", with no warranty or guaranty of any kind.

This buyer is responsible for any and all registrations, temporary permits, or licenses.

Payment method:     Cash

Payment date:       10/17/2017

*Richard D. Schur* (signature)

Richard D. Schur, CAI, MPPA, CMEA, BAS
Chief Operating Officer

---

Schur Success Group | Auction Services
366 Second Street, Suite B, Monument, CO 80132
www.SchurSuccessGroup.com  (719) 667-1000
BILLOFSALE_WALKER_CORVETTE.docx

     

| **K** MILEAGE | 719-391-0600 | TIME |
|---|---|---|
| Start _____ | **Klaus'** TOWING Established 1987 | Start 2:30 AM/PM |
| End _____ | | Finish 3:45 AM/PM |
| Enroute _____ | 3880 Wabash St. | |
| Tow Type A B | Colorado Springs, CO 80906 | PUC -- T-2042 |

Invoice date 7-28-17   Invoice # 9031   Stock # _____
Truck & Driver D 6 4B   Ph# 719-238-63__
Owner Schur Success   DL# _____
Address 366 2nd St.   Exp _____
City Monument   State Co.   Zip 80132
PD Report Case # _____   Agency _____

Pre Existing Damage Notes:
_____
_____
Front end wrecked

Reason Towed _____
Property _____
Start Point 3835 Glenhurst Dr. C/S
End Point 1895 Deer Creek Dr. Monument
Row # _____   PO # _____

REPORT PROBLEMS TO THE PUBLIC UTILITIES COMMISSION AT (303) 894-2070.

Year 1974   Lic. # None
Make Chevy   Model Corvette
Body 2 dr.   Color Blue
VIN | 1 | 2 | 3 | 7 | T | 4 | S | 4 | 2 | 3 | 4 | 6 | 0 | | |

| Authorizing Person/Signature X | Tow Charge/Hook | 150 |
|---|---|---|
| | Labor | |
| | Tow Out/Back | |
| Released To | By | After hours release | |
| Date | Time | Other | |
| Release Signature X | Mileage  @  Per mile | |
| | Enroute Mileage  @  Per mile | |
| | Drop Charge | |
| Not responsible for loss or damage to vehicle, including fire, theft, engine freeze, water damage or vandalism to vehicle in storage facility, or any other cause beyond our control. | Storage  @  Per day | |
| | Total: Ck # 1118? | 150 |
| | Paid: ☐CC  ☐Cash | |