UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

ROBERT LEROY WALKER AND
CHRISTY LYNN WALKER

SS# xxx-xx-1444
SS# xxx-xx-1354

Case No. 16-20586-JGR
Chapter 7

Debtors.

**ORDER GRANTING THE FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COST AND EXPENSES OF TRUSTEE'S COUNSEL, CHARLES M. WILLIAMS AND CHARLES M. WILLIAMS, P.C.**

This matter comes before the Court upon consideration of the First and Final Application for Compensation and Reimbursement of Costs and Expenses filed by Charles M. Williams and Charles M. Williams, P.C., as counsel for the Chapter 7 Trustee. The Court has reviewed the Notice, the Application, the Cover Sheet, the Certificates of Service, and all supporting documents, as well as Applicant's Certificate of Non-Contested Matter. No objection to the Application or request for hearing has been filed. Service of the Application and Notice was appropriate. Applicant has made a sufficient showing and an award of compensation and reimbursement of costs and expenses is appropriate in the circumstances.

IT IS THEREFORE ORDERED:

1)   That the First and Final Application for Compensation and Reimbursement of Costs and Expenses of Charles M. Williams and Charles M. Williams, P.C., for services rendered to the Trustee in the total amount of $2,136.72 of which $1,900.00 represents fees awarded on an hourly fee basis, and $236.72 represents reimbursement of costs and expenses (including $70.00 for estimated costs of copying and service of the Application and related documents) is APPROVED AND GRANTED. The Trustee is authorized to pay the Applicant the amounts set forth below;

2)   The Trustee is authorized to pay Charles M. Williams, P.C., the sum of $2,136.72 for fees, costs and expenses without further order of the Court; and

3)   This Order is effective immediately upon entry under Fed.R.Bankr.P. 9021.

Dated this  17th  day of  November , 2017.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge